IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Robert Drake,<br><br>   Plaintiff,<br><br>vs.<br><br>Wayne Stenehjem, Attorney General of the State of North Dakota, in his official capacity; City of Valley City, North Dakota; Dave Carlsrud, President, in his official capacity; Duane Magnuson, Michael Bishop, Jeffrey Erickson, and Dick Gulmon, Commissioners, in their official capacities,<br><br>   Defendants. | **ORDER**<br><br>Case No. 1:20-cv-231 |

**IT IS ORDERED:**

The final pretrial conference scheduled for April 18, 2023, shall be rescheduled for October 17, 2023, at 9:00 AM by telephone. To participate in the conference, the parties should call (877) 810-914 and enter access code 8992581. The bench trial scheduled for May 1, 2023, shall be rescheduled for October 30, 2023, at 9:30 AM in Bismarck before Judge Traynor. A five (5) day trial is anticipated.

Dated this 28th day of March, 2023.

                  */s/ Clare R. Hochhalter*
                  Clare R. Hochhalter, Magistrate Judge
                  United States District Court